**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jason Ryan HOLDEN, Defendant–Appellant.**

No. 09–30156.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 11, 2010.*

Filed Jan. 25, 2010.

Michael S. Lahr, Assistant U.S., Office U.S. Attorney, Helena, MT, for Plaintiff–Appellee.

Evangelo Arvanetes, Assistant Federal Public Defender, Federal Defenders of Montana, Great Falls, MT, for Defendant–Appellant.

Before: BEEZER, TROTT, and BYBEE, Circuit Judges.

MEMORANDUM **

Jason Ryan Holden appeals from the 240–month sentence imposed following his guilty-plea conviction for receipt of child pornography, in violation of 18 U.S.C. § 2252A(a)(2). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Holden contends that the district court erred at sentencing by failing to consider the factors set forth in 18 U.S.C. § 3553(a) and provide an adequate explanation for his sentence. He also contends that his sentence is unreasonable in light of his difficult childhood, admission of responsibility, and need for psychiatric treatment.

* The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

The record indicates that the district court did not procedurally err and that Holden's sentence is substantively reasonable. *See Rita v. United States*, 551 U.S. 338, 356–59, 127 S.Ct. 2456, 168 L.Ed.2d 203 (2007); *see also United States v. Overton*, 573 F.3d 679, 698–701 (9th Cir.2009).

**AFFIRMED.**

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.